STATE of Missouri, Respondent,

v.

Lucinda J. JONES, Appellant.

No. WD 57695.

Missouri Court of Appeals,
Western District.

Feb. 6, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Application to Transfer Denied
April 24, 2001.

1. All rule references are to Mo. R.Crim. P.2000, unless otherwise indicated.

Nancy L. Vincent, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before BRECKENRIDGE, P.J., and ULRICH and HOWARD, JJ.

**ORDER**

PER CURIAM.

Lucinda J. Jones challenges the sufficiency of the evidence to support her convictions by a jury on three separate counts of manufacturing a controlled substance, methamphetamine, § 195.211 RSMo 1994.

Affirmed. Rule 30.25(b).